Alphonso JACKSON, Acting Secretary of Housing and Urban Development, Plaintiff—Appellee,

v.

George HAYDU, Defendant—Appellant,

and

Buyers Source Sugarmill, L.L.C.; Buyers Source Savannah, L.L.C.; Buyers Source Valley Group, L.L.C.; Island Realty, L.L.C.; BSMC, Incorporated; Belmont Properties, Incorporated; One Source Equity, L.L.C.; Frederick Blake; Thomas Brewer; Lanny Campbell; Susan Gard; Henry Montgomery; Susan Smothers, a/k/a Susan Strothers; Jo Anne Barros; Darrell Brooks; Patrick Campbell; Mike Durham; Bill Elko; Leon Lucarelli, a/k/a Leon Masterson; Beverly McPherson; Dawn Mock; Chris A. Montgomery; Gregory Sanjurjo; Jeff Votaw; Sandy Williams, Defendants.

No. 04–2078.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2005.

Decided April 15, 2005.

George Haydu, Appellant pro se. Barbara Cozad Biddle, Tara Leigh Grove, United States Department of Justice, Washington, DC, for Appellee.

**114**

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

George Haydu appeals the district court's order imposing an injunctive sanction and ordering restitution for conduct that violated the Interstate Land Sales Act, 15 U.S.C. §§ 1701–1720 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. Haydu*, No. CA–03–591–2 (E.D.Va. filed Aug. 3, 2004 & entered Aug. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*